UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LEONARD, et al.,<br>　　　　Plaintiffs.<br>　　v.<br>FOSTER WHEELER LLC,<br>　　　　Defendant. | Case No.  12-cv-03853-CRB   (JSC)<br><br>**ORDER RE: SETTLEMENT NEGOTIATIONS** |
| MAJORIE FOUNDS,<br><br>　　　　Plaintiff.<br><br>　　v.<br>FOSTER WHEELER LLC, BATH IRON WORKS,<br>　　　　Defendants.<br>_____/ | Case No.  11-cv-2212-CRB   (JSC) |

　　　These two asbestos personal injury lawsuits have been referred to Magistrate Judge Jacqueline Scott Corley for settlement purposes.  As discussed at the telephone settlement conference on Wednesday, December 2, 2015, counsel for all remaining parties shall continue their settlement negotiations and must meet in person to negotiate a resolution of these actions on or before **January 29, 2016.**  The Court will hold a further telephone settlement status call on Friday, **February 5, 2016 at 9:00 a.m.**  If the case has not resolved by the February 5, 2016 call, the Court will set a date for a court-supervised settlement conference with counsel and clients

1  present so counsel should know their clients availability in February and March 2016 at the time
2  of the February 5, 2016 call.
3      **IT IS SO ORDERED.**
4  Dated: December 2, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge